

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00408-CV

Buck **MURRAY,**
Appellant

v.

**THE HONDO NATIONAL BANK,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-17-0000236
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to October 16, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court